# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LINDA WELSH, | |
| Plaintiff, | 2:15-cv-00659-APG-CWH |
| vs. | **ORDER** |
| SONORAN BARBEQUE NEVADA, LLC, | |
| Defendant. | |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for 10:00 a.m., July 9, 2015 is VACATED and rescheduled to 10:00 a.m., August 6, 2015.  The confidential statement is due by 12:00 p.m., July 30, 2015.  All else as stated in the Order scheduling the ENE remains unchanged. (#5).

DATED this 18th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE