# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| LINDA WELSH, | |
|---|---|
| Plaintiff, | 2:15-cv-00659-APG-CWH |
| vs. | **ORDER** |
| SONORAN BARBEQUE NEVADA, LLC, | |
| Defendant. | |

Before the court is Defendant Sonoran Barbeque Nevada, LLC's Request for Telephonic Appearance by Out-by-State Insurance Representative Attendance at ENE Session (#15).

IT IS HEREBY ORDERED that any opposition must be filed by August 7, 2015. If no opposition is filed, the court will construe that the Plaintiff has consented to the granting of the motion.

DATED this 31st day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE