**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LINDA WELSH, | |
| Plaintiff, | 2:15-cv-00659-APG-CWH |
| vs. | **ORDER** |
| SONORAN BARBEQUE NEVADA, LLC, | |
| Defendants. | |

Before the court is Defendant Sonoran Barbeque Nevada, LLC's Request for Telephonic Appearance by Out-Of-State Insurance Representative Attendance at ENE Session (#15).

IT IS HEREBY ORDERED that a telephonic hearing on the Defendant Sonoran Barbeque Nevada, LLC's Request for Telephonic Appearance by Out-Of-State Insurance Representative Attendance at ENE Session (#15) is scheduled for 10:00 a.m., August 18, 2015 in courtroom 3A. The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS FURTHER ORDERED that Defendant must deliver to Plaintiff a copy of the pertinent insurance information by 4:00 p.m., August 17, 2015.

DATED this 12th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE