Paul Swen Prior, Esq.
Nevada Bar No. 9234
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252

Attorneys for Defendant *Sonoran Barbeque Nevada LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WELSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SONORAN BARBEQUE NEVADA, LLC dba and aka FAMOUS DAVE'S, a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00659-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS SONORAN BARBEQUE NEVADA, LLC** |

Plaintiff Linda Welsh ("Welsh") and Defendant Sonoran Barbeque Nevada, LLC ("Sonoran"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS,

1. On January 28, 2015, Welsh filed her Complaint against Sonoran for Violation of the ADA and NRS 613.310.

2. On August 31, 2015, both parties attended the Early Neutral Evaluation Conference and agreed to dismiss the action.

**IT IS HEREBY STIPULATED AND AGREED** that Sonoran is released from liability for the acts described in Welsh's Complaint.

1 **IT IS FURTHER STIPULATED AND AGREED** that Sonoran shall be dismissed from the action, with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs.

Dated this 28th day of September, 2015

GABROY LAW OFFICES

/s/ *Christian Gabroy*
Christian Gabroy, NV Bar No. 8805
Ivy Hensel, NV Bar No. 13502
170 S. Green Valley Parkway
Suite 280
Henderson, Nevada 89102
*Attorney for Plaintiff*

Dated this 28th day of September, 2015

SNELL & WILMER L.L.P.

/s/ *Sarah A. Mead*
P. Swen Prior, NV Bar No. 9324
Sarah A. Mead, NV Bar No. 13725
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Sonoran Barbeque Nevada, LLC*

2:15-cv-00659-APG-CWH
Dkt. 24

## ORDER

**UPON STIPULATION** of the parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant Sonoran Barbeque Nevada, LLC is released from liability for the acts described in Plaintiff Linda Welsh's Complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Sonoran Barbeque Nevada, LLC shall be dismissed from this action, with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  September 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

SNELL & WILMER L.L.P.

By: /s/ Sarah A. Mead
    P. Swen Prior, Esq.
    Sarah A. Mead, Esq.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Sonoran Barbeque Nevada, LLC*